IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LONNIE GARDNER**                                                                                   **PLAINTIFF**

v.                                                                                             No. 3:22CV230-NBB-DAS

**UNION COUNTY, MS, ET AL.**                                                        **DEFENDANTS**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On November 1, 2023, the court entered an order requiring the plaintiff to complete and return various forms for the expeditious administration of this case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on December 1, 2022. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 7th day of February, 2023.

                                                                       /s/ Neal Biggers
                                                                       NEAL B. BIGGERS, JR.
                                                                        UNITED STATES DISTRICT JUDGE